AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:19CR372-LMB |
| WILLIAM KINSEL | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

pro bono co-counsel for the defendant.

Date: 12/16/2019

*Attorney's signature*

Cailyn Reilly Knapp, VA Bar # 86007
*Printed name and bar number*

Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
*Address*

Cailyn.Reilly.Knapp@bakerbotts.com
*E-mail address*

(202) 639-7773
*Telephone number*

(202) 585-4062
*FAX number*