

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-cr-372 |
| | ) | |
| WILLIAM KINSEL | ) | Count One: 18 U.S.C. § 1924 |
| | ) | Unauthorized Removal and Retention |
| Defendant. | ) | of Classified Documents or Material |
| | ) | |

CRIMINAL INFORMATION

COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or around February 2019 to on or about May 24, 2019, in the Eastern District of Virginia, the defendant, WILLIAM KINSEL, a contractor or consultant of the United States, possessed documents or materials containing classified information of the United States by virtue of his contract or position, and did knowingly remove such documents or materials without authority and with the intent to retain such documents or materials at an unauthorized location.

(In violation of Title 18, United States Code, Section 1924).

G. Zachary Terwilliger
United States Attorney

By: _____ 12/19/19
Dennis M. Fitzpatrick
Assistant United States Attorney